# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TYRICE JENKINS,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendant. | Case No. 2:25-cv-12117-TGB-CI<br><br>Judge Terrence G. Berg<br>Magistrate Judge Curtis Ivy, Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between *Pro Se* Plaintiff Tyrice Jenkins and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

319873545v.1

DATED: August 25, 2025

Respectfully submitted,

PRO SE PLAINTIFF

By:
   Tyrice Jenkins

*Pro Se Plaintiff*

SEYFARTH SHAW LLP


By: */s/ Heather H. Sharp*
   Heather H. Sharp
   hsharp@seyfarth.com
   SEYFARTH SHAW LLP
   1075 Peachtree Street, N.E.
   Suite 2500
   Atlanta, Georgia 30309-3958
   Telephone: (404) 885-1500
   Facsimile: (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on 8/25/2025, I presented the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

Tyrice Jenkins
6114 Titan Road
Mount Morris, MI  48458

*Pro Se Plaintiff*

/s/ Heather H. Sharp
Heather H. Sharp
*Counsel for Defendant*
*Equifax Information Services LLC*