UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRICE JENKINS,

       Plaintiff,                              Case No. 25-12117
                                                            Hon. Terrence G. Berg

v.

EQUIFAX INFORMATION SERVICES, LLC,

       Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                       s/Terrence G. Berg
                                       TERRENCE G. BERG
                                       UNITED STATES DISTRICT JUDGE

Dated: August 27, 2025

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon the parties of record on August 27, 2025, by electronic means or postal mail.

                                       s/E. Vradenburg
                                       CASE MANAGER